## D. W. FEARIS *v.* ANDREW F. BLOUNT.

**Abandonment of Contract for Exchange of Personal Property.**
    Henry and Fearis having traded personal property, upon demand
    made on Fearis, he refused to deliver, claiming a fault in the condition
    of the property delivered to him, and would not deliver his property
    exchanged only on a payment of $5.00. **Held,** that Henry rightfully
    regarded the trade as rescinded, and recovered possession of his mare.

APPEAL FROM LEWIS CIRCUIT COURT.

January 18, 1870.

OPINION OF THE COURT BY JUDGE WILLIAMS:

Patrick Henry having traded a mare to Fearis for a calf and
mule colt delivered the mare and had the calf and colt put into
the hands of Fearis' son living with him. Henry traded the calf
and colt to Blount who went with Henry's order to get them, but
Fearis insisted that the mare was worse diseased than Henry
had represented her and he would not stand to the trade unless
Henry would pay him five dollars and refused to let Blount have
the calf.

Henry residing some sixty miles distant from the nighbor-
hood of Fearis and Blount had started home, but Blount followed
him and got an order for the mare. When Blount returned Fearis
had gone out into the neighborhood with the mare, when he
returned she was turned into his pasture from which she was
taken and finding Blount in possession of her he brought this
suit to recover her, which having been decided against him he
appealed to this court.

If a fraud was practiced on him he had the unquestionable
right either to abandon the contract and retain the calf and mule,
or he could abide the contract, deliver them and sue Henry for
the fraud.

Having refused to deliver the property traded for the mare
and having announced to Blount that he would not abide the
trade unless Henry would pay him five dollars, authorized Henry

to regard the trade as abandoned and to reclaim his mare, and the evidence authorized the jury to consider the trade as rescinded, rather abandoned.

Wherefore the judgment is *affirmed.*

*G. M. Thomas, Throop,* for appellant.

*Lindsey,* for appellee.